# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141504(56)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LORINDA IRENE SWAIN,
     Defendant-Appellant.

_____/

SC: 141504
COA: 293350
Calhoun CC: 2001-004547-FC

On order of the Court, the motion for reconsideration of this Court's December 16, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

_____
Clerk

d0421